# United States Court of Appeals
## For the First Circuit

No. 24-1654

TAX-FREE FIXED INCOME FUND FOR PUERTO RICO RESIDENTS, INC.;
TAX-FREE FIXED INCOME FUND II FOR PUERTO RICO RESIDENTS, INC.;
TAX-FREE FIXED INCOME FUND III FOR PUERTO RICO RESIDENTS, INC.;
TAX-FREE FIXED INCOME FUND IV FOR PUERTO RICO RESIDENTS, INC.;
TAX-FREE FIXED INCOME FUND V FOR PUERTO RICO RESIDENTS, INC.;
PUERTO RICO RESIDENTS TAX-FREE FUND, INC.; PUERTO RICO RESIDENTS
TAX-FREE FUND IV, INC.; PUERTO RICO RESIDENTS TAX-FREE FUND VI,
INC.; TAX-FREE FUND FOR PUERTO RICO RESIDENTS, INC.,

Plaintiffs, Appellants,

v.

OCEAN CAPITAL LLC; WILLIAM HEATH HAWK; JOSÉ R. IZQUIERDO II;
BRENT D. ROSENTHAL; ROXANA CRUZ-RIVERA; ETHAN DANIAL; MOJDEH L.
KHAGHAN; PRCE MANAGEMENT LLC, BENJAMIN T. EILER; VASILEIOS A.
SFYRIS; FRANCISCO GONZALEZ; GUSTAVO NEVAREZ TORRES; ALEJANDRO
ACOSTA RIVERA; HONNE II, LP; MEIR HURWITZ; MARIO J. MONTALVO;
JOSE M. PEREZ-GUTIERREZ; RAD INVESTMENTS, LLC; SANZAM
INVESTMENTS LLC; JUAN E. SOTO ALVARADO; SANDRA CALDERON; THE
ESTATE OF JOSE HIDALGO; AVRAHAM ZEINES,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on May 12, 2025, is amended as follows:

On page 3, line 8, replace "Securities and Exchange Act" with "Securities Exchange Act."

On page 14, footnote 11, replace "PRRTFF IV's" with "PRRTFF VI's."

On page 20, line 12, replace "Securities and Exchange Act" with "Exchange Act."

On page 23, line 9, replace "plea" with "plead."

On page 28, line 19, delete "(1st Cir. 1989)."

On page 32, line 24, replace "its" with "their."

On page 33, line 7, replace "it" with "they."

On page 33, line 9, replace "Fund" with "fund."

On page 33, line 12, replace "principles" with "principals."